FILED
CLERK U.S. DISTRICT COURT

JUL 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 10-1710-M-4 |
| v. | |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing
is set for _July 22_ , _2010_ , at _11:00_ ☑a.m. / ☐p.m. before the
Honorable _FICK_ , in Courtroom _341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_(Other custodial officer)_

Dated: _7/22/10_

_____
U.S. District Judge/Magistrate Judge

---